1  ROBBINS GELLER
     RUDMAN & DOWD LLP
2  STEVEN W. PEPICH (116086)
   JAMES A. CAPUTO (120485)
3  LAWRENCE A. ABEL (129596)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   SteveP@rgrdlaw.com
6  JimC@rgrdlaw.com
   LarryA@rgrdlaw.com
7    – and –
   NANCY M. JUDA
8  1100 Connecticut Avenue, N.W., Suite 730
   Washington, DC  20036
9  Telephone:  202/822-6762
   202/828-8528 (fax)
10 NancyJ@rgrdlaw.com

11 Attorneys for Respondents

12 [Additional counsel appear on signature page.]

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16

17 IN RE:                              Lead Case No. M:06-cv-01781-SBA

18 CINTAS CORP. OVERTIME PAY           **[E-Filing]**
   ARBITRATION LITIGATION
19
                                       STIPULATION AND ORDER FOR TRANSFER
20                                     OF PROCEEDINGS TO THE HONORABLE
                                       RICHARD SEEBORG
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 1 -

1

2      WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to

3  "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with

4  the exception of the claims of certain plaintiffs concerning alleged violations of the Employee

5  Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq.* (Dkt Nos. 726-727);

6      WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those

7  plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose

8  claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving

9  alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180

10  (N.D. Cal.);

11      WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70

12  separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for

13  pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-

14  1781 (N.D. Cal.) ("arbitration petitions");

15      WHEREAS, the parties are preparing to present to the Court for approval the complete

16  settlement of all aspects of this action and related proceedings; and

17      WHEREAS, the parties believe it will be most efficient for the Court and the parties to

18  proceed before a single judge with the approval and confirmation of the settlement of all matters;

19      NOW THEREFORE, the parties, through their respective counsel of record, agree and

20  stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently

21  before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard

22  Seeborg.

23      IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS      - 2 -

1   DATED: October 4, 2010                    ROBBINS, GELLER
                                                 RUDMAN & DOWD LLP
2                                             STEVEN W. PEPICH
                                              JAMES A. CAPUTO
3                                             LAWRENCE A. ABEL

4

5                                             _____
                                                     /s/ James A. Caputo
6                                                  JAMES A. CAPUTO

7

8                                             ALTSHULER BERZON LLP
                                              MICHAEL RUBIN
9                                             EILEEN GOLDSMITH
                                              177 Post Street, Suite 300
10                                            San Francisco, CA  94108
                                              Telephone:  415/421-7151
11                                            415/362-8064 (fax)

12                                            TRABER & VOORHEES
                                              THERESA M. TRABER
13                                            128 No. Fair Oaks Avenue, Suite 204
                                              Pasadena, CA  91103
14                                            Telephone:  626/585-9611
                                              626/577-7079 (fax)

15
                                              Attorneys for Plaintiffs
16

17   DATED:  October 4, 2010                  SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                              MARK C. DOSKER
18                                            DIANE L. GIBSON
                                              MICHAEL W. KELLY
19

20

21                                            _____
                                                     /s/ Mark C. Dosker
22                                                 MARK C. DOSKER

23                                            275 Battery Street, Suite 2600
                                              San Francisco, CA  94111
24                                            Telephone:  415/954-0200
                                              415/391-2493 (fax)

25
                                              Attorneys for Petitioner Cintas Corporation and
26                                            Plan Administrator for the Cintas Partners' Plan

27
                                      *       *       *
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 3 -

1

**O R D E R**

2      Having considered the parties' stipulation, and good cause appearing therefor,

3      IT IS SO ORDERED.

4 DATED: October 14,2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS       - 4 -